**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   JON MARKLEY AND CAROL  :   16-18228
         MARKLEY                        :   CHAPTER 13

**CHAPTER 13 FIVE YEAR PLAN**

1.   The future earnings of the Debtor are submitted to the supervision and control of the Court and the Debtor shall pay to the Trustee the sum of **$450.00** for **60 months** beginning December 2016.

2.   From the payments so received, the Trustee shall make disbursements as follows:

    a.   The priority payments required by Section 507(a), including but not limited to:

| | |
|---|---|
| Attorney's fees – as applied for | |
| Caliber Home Loans | $15,000.00 |
| U.S. Department of the Treasury | $4,000.00 |
| Pennsylvania Department of Revenue | 7,000.00 |

    b.   Any funds remaining after the above amounts are paid in full:

    Dividends to unsecured creditors whose claims are duly proved and allowed on a prorata basis.

3.   (If applicable) The following executory contracts of the Debtor are rejected:

4.   Title to the Debtor's property shall revest in the Debtor upon confirmation of a Plan and upon closing of the case pursuant to Bankruptcy Rule 5009.

5.   By virtue of this Plan, all non-possessory, non-purchase money security interests in the household furnishings, goods, wearing apparel, appliances, musical instruments and jewelry of the Debtor, which are held primarily for personal, family or household use of the Debtor or her dependents, are awarded to the extent such lien impairs the exemption interest of the Debtor.

6.   Payments made outside the Plan:  monthly payments in the amount of $725.00 to Caliber Home Loans and $ 453.00 to Credit Acceptance and $360.00 to PNC Bank

commencing subsequent to date Petition filed.  Debtor may sell assets and apply the proceeds to satisfy claims encumbering said assets.

Date:_ January 11, 2017          /s/ Jon Markley
                                 Jon Markley, Debtor


Date:_ January 11, 2017          /s/ Carol Markley
                                 Carol Markley, Debtor


Date:_January 11, 2017           /s/ Robert Glazer
                                 Robert Glazer, Esq.
                                 Attorney for the Debtor


Acceptances may be mailed to:    Clerk's Office
                                 U.S. Bankruptcy Court
                                 Suite 300, The Madison
                                 400 Washington Street
                                 Reading, PA  19601